UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ21-302 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| LUIS GOMEZ | |
| Defendant. | |

<u>Offenses charged</u>:

1. Conspiracy to Distribute Fentanyl

<u>Date of Detention Hearing</u>:   June 2, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e). Defendant is a Citizen of the United States, but has lived the majority of his life in Mexico. Shortly after Defendant's birth in the United States he moved with his parents to Mexico and lived there until the age of eighteen. Defendant has two young children from his previous marriage and one infant with his current partner, all of whom live in Mexico. Defendant reported that in 2010 he began traveling twice a year to Mexico to visit his family, with visits ranging in duration between two weeks and two months. He has resided in California with his cousins since 2010, but reports he has no assets in the United States. He reported to law enforcement that he was ordered to come to the District from California in order to sell drugs, including pills containing fentanyl, and had been here for approximately two weeks.

2. Defendant poses a risk of flight based on his significant ties to Mexico and lack of material connections to the United States. His partner, all three children, parents, and all four siblings, live in Mexico. Defendant has no ties to the United States beyond his two cousins, who are in California. He stated he had employment history in California but has no assets in the United States. Defendant has no connection or ties to the Western District of Washington. Defendant is a danger to the community based on the nature of the alleged offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the

danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 3rd day of June, 2021.

S. KATE VAUGHAN
United States Magistrate Judge